A CERTIFIED TRUE COPY
ATTEST

By Jakeia Melis on Jun 03, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**May 18, 2009**
FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

C-09-2012-SBA

MDL No. 875

(SEE ATTACHED SCHEDULE)

**FILED**

JUN - 8 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**CONDITIONAL TRANSFER ORDER (CTO-322)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,548 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted

**Jun 03, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 6/3/09
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

# IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

MDL No. 875

## SCHEDULE CTO-322 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 09-2275 | Lois Jean Conner, et al. v. Alfa Laval, Inc., et al. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 09-1242 | Douglas Coughran, et al. v. United States of America |
| CAN | 3 | 09-1269 | Richard Close v. General Electric Co., et al. |
| CAN | 3 | 09-1271 | Edward Brazzi, et al. v. United States of America |
| CAN | 3 | 09-1322 | Sharon Woody, et al. v. General Electric Co., et al. |
| CAN | 3 | 09-1358 | Bruce Arnold, et al. v. A.W. Chesterton Co., et al. |
| CAN | 3 | 09-1782 | Wiley Utterback v. Foster Wheeler LLC, et al. |
| ~~CAN~~ | ~~4~~ | ~~09-1456~~ | ~~John Dobrocke, et al. v. Allis-Chalmers Corp. Product Liability Trust, et al.~~ Vacated 6/1/09 |
| CAN | 4 | 09-2012 | Barbara Hulsen, et al. v. General Electric Co., et al. |
| **DELAWARE** | | | |
| DE | 1 | 09-235 | Janice Happel, etc. v. Anchor Packing Co., et al. |
| **FLORIDA SOUTHERN** | | | |
| FLS | 1 | 09-20578 | Laura Benjamin, etc v. A.W. Chesterton Co., et al. |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 09-3347 | Union Carbide Corp., et al. v. South African Marine Corp., Ltd., et al. |
| **MASSACHUSETTS** | | | |
| ~~MA~~ | ~~1~~ | ~~09-10365~~ | ~~Contrino A. Geraldine, etc. v. General Electric Co., et al.~~ Opposed 5/29/09 |
| MA | 1 | 09-10509 | Lynn Montero, etc. v. Viad Corp., et al. |
| **MAINE** | | | |
| ME | 2 | 09-147 | Eleanor Hayes, et al. v. Metropolitian Life Insurance Co., et al. |
| **MINNESOTA** | | | |
| MN | 0 | 09-829 | Charles Traxler v. Soo Line Railroad Co. |

# MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)

## NORTH CAROLINA EASTERN
| | | |
|---|---|---|
| NCE 7 | 09-29 | Robert Owen Tallent, et al. v. Aqua-Chem, Inc., et al. |

## NORTH CAROLINA MIDDLE
| | | |
|---|---|---|
| NCM 1 | 09-271 | Monroe Steele, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-273 | James Robert Shumake, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-274 | Thomas Wayne Thompson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-275 | Hoyle Jennings Ford, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-282 | Mark Grey Lawson, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-284 | Carl Eugene Dry, II, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-325 | Richard Ben Barber, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-326 | Brady Gray Reavis, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-334 | Florence P. Haynes, etc. v. A.W. Chesterton Co., et al. |
| NCM 1 | 09-337 | Steve Franklin Joyce, et al. v. Aqua-Chem, Inc., et al. |
| NCM 1 | 09-341 | David Dexter Allmon, et al. v. Aqua-Chem, Inc., et al. |

## NORTH CAROLINA WESTERN
| | | |
|---|---|---|
| NCW 1 | 09-131 | Donald Eugene King, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-132 | Albert Wayne Lingerfelt, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-133 | Buren Edward McSwain, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-135 | William Hunter Miller, et al.v Aqua-Chem, Inc., et al. |
| NCW 1 | 09-136 | Larry Bryant Reynolds, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-137 | Tony Lee Scruggs, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-139 | Steve Wayne Sexton v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-140 | Donald McKenny Smith, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-141 | Jimmy Dale Stone, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-142 | Bobby Charles Brooks, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-143 | Ronald Phifer Fink, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-144 | Daniel Lee McCraw, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-147 | Michael Phillip Rogers, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-148 | Samuel Furman Sherrill, et al. v. Aqua-Chem. Inc., et al. |
| NCW 1 | 09-149 | Glen Phillip Karasiewicz, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-150 | Darrell Bundy Wolfe, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-153 | Bennie Ray Godwin, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-154 | Timothy Leroy Heiskell, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-156 | Rhonda T. Russell, etc. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-157 | Fay H. Beckham, et al. v. CBS Corp., et al. |
| NCW 1 | 09-167 | Carl H. Krumroy, et al. v. Hobart Brothers Co., et al. |
| NCW 1 | 09-171 | Curtis James Nolen, Sr. v. Aqua-Chem, Inc., et al. |
| NCW 1 | 09-176 | Ricky Eugene Owens, et al. v. Aqua-Chem, Inc., et al. |

## MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)

**NEW YORK EASTERN**
NYE  1  05-2720        William Hamilton, etc. v. A.W. Chesterton Co., et al.

**OHIO NORTHERN**
~~OHN  1  09-10002~~        ~~William Sillanpa v. Durabla Manufacturing Co.~~ Opposed 5/27/09
OHN  1  09-10003        Roger Willoughby v. A-C Product Liability Trust, et al.
OHN  1  09-10004        Anthony R. Tomassetti v. A-C Product Liability Trust, et al.
OHN  1  09-10005        Rodolfo M. Carramanzana v. A-C Product Liability Trust, et al.
OHN  1  09-10006        Emilio G. Miranda v. A-C Product Liability Trust, et al.
OHN  1  09-10007        Alfonso G. Amposta v. A-C Product Liability Trust, et al.
OHN  1  09-10008        John L. Fischer v. A-C Product Liability Trust, et al.
OHN  1  09-10009        Elvin E. Rudasill v. A-C Product Liability Trust, et al.
OHN  1  09-10010        Philip J. Alesi, Sr. v. A-C Product Liability Trust, et al.
OHN  1  09-10011        Roger A. Hornecker v. A-C Product Liability Trust, et al.
~~OHN  1  09-10015~~        ~~Ray Fellows v. Allied Glove Corp., et al.~~ Opposed 6/2/09

**RHODE ISLAND**
RI  1  08-533        Vickie Gasiorowski, et al. v. Buffalo Pumps, Inc., et al.
RI  1  09-194        Duane Riemann, et al. v. Buffalo Pumps, Inc., et al.

**SOUTH CAROLINA**
SC  0  09-882        Gerald Tinsley Mode, et al. v. Aqua-Chem, Inc., et al.
SC  0  09-970        Leroy Stroud, Jr., et al. v. Aqua-Chem, Inc., et al.
SC  0  09-1040        Wendell Alphonzo Norwood, et al. v. Aqua-Chem, Inc., et al.
SC  6  09-881        Michael Homer Masters, et al. v. Aqua-Chem, Inc., et al.
SC  6  09-972        Richard Caldwell Layton, et al. v. Aqua-Chem, Inc., et al.
SC  7  09-884        Knox Douglas Hambright v. Aqua-Chem, Inc., et al.
SC  8  09-883        William Chane Land, et al. v. Aqua-Chem, Inc., et al.
SC  8  09-968        Edward Robert Holden, et al. v. Aqua-Chem, Inc., et al.
SC  8  09-969        Ronnie Eugene Nix, Sr., et al. v. Aqua-Chem, Inc., et al.
SC  8  09-973        James David Hunt, et al. v. Aqua-Chem, Inc., et al.
SC  8  09-974        Wendell Scott Haynes v. Aqua-Chem, Inc., et al.
SC  8  09-975        Anthony Frank Gross, Sr., et al. v. Aqua-Chem, Inc., et al.
SC  8  09-976        Marshall Sheriff Buchanan, et al. v. Aqua-Chem, Inc., et al.
SC  8  09-987        Ray Wrenn Vassey, et al. v. Aqua-Chem, Inc., et al.
SC  8  09-989        Marion Grover Powell, et al. v. Aqua-Chem, Inc., et al.
SC  8  09-993        Ricky Joe Nelms, et al. v. Aqua-Chem, Inc., et al.
SC  8  09-995        Ronald Douglas Mauldin, Sr., et al. v. Aqua-Chem, Inc., et al.
SC  8  09-1038        David Earl Webb, et al. v. Aqua-Chem, Inc., et al.

## MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)

TEXAS EASTERN
TXE  2  09-74          Joyce Bush, et al. v. Allis-Chalmers Product Liability Trust, et al.

VIRGINIA EASTERN
VAE  2  09-9521        Edward J. Otto v. American Standard, Inc., et al.
VAE  2  09-9522        Monroe v. American Standard, Inc., et al.
VAE  2  09-9523        Thomas F. Siminski v. American Standard, Inc., et al.
VAE  2  09-9524        Milton G. Snavely v. American Standard, Inc., et al.
VAE  2  09-9525        Monroe v. American Standard, Inc., et al.
VAE  2  09-9526        Monroe v. American Standard, Inc., et al.
VAE  2  09-9527        Steele v. American Standard, Inc., et al.
VAE  2  09-9528        William J. Adams v. American Standard, Inc., et al.
VAE  2  09-9529        Thomas R. Berkshire v. Berkshire, et al.
VAE  2  09-9530        Franklin D. Bess v. American Standard, Inc., et al.
VAE  2  09-9531        Ivan J. Garman v. American Standard, Inc., et al.
VAE  2  09-9532        Monroe v. American Standard, Inc., et al.
VAE  2  09-9533        Thomas E. Hutchins v. American Standard, Inc., et al.
VAE  2  09-9534        Francis M. Hendricks, et al. v. Certainteed Corp., et al.

WASHINGTON WESTERN
WAW  2  09-483         William Dennis v. Todd Shipyards Corp., et al.
WAW  3  09-5087        Pauline Leonard Thompson, etc. v. Foster Wheeler, LLC, et al.